PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Feb 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | |
| 771 CENTRAL HOUSE ROAD, HONCUT, CALIFORNIA, BUTTE COUNTY APN #028-020-056, 21.6 ACRES | CASE NO.: 2:22-SW-0364-JDP |
| 731 CENTRAL HOUSE ROAD, HONCUT, CALIFORNIA, BUTTE COUNTY APN #028-020-057, 10.46 ACRES | 2:22-SW-0365-JDP |
| RONALD GRANT TEESDALE | 2:22-SW-0366-JDP |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 530-990-4217 | 2:22-SW-0367-JDP |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: February 5, 2024

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS